IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEE EDWARD HARRIS,

      Plaintiff,                         No. CIV S-10-1031 JAM EFB P

      vs.

HIGH DESERT STATE PRISON, et al.,

      Defendants.             ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On January 5, 2011, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Although plaintiff filed a document styled "objection to magistrate judge's findings and recommendations," the document is blank.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by

1  proper analysis.

3  Accordingly, IT IS HEREBY ORDERED that:

4  1.  The findings and recommendations filed January 5, 2011, are adopted in full; and

6  2.  Plaintiff's claims against defendants Hull, Dillard, Turner, Cochoran, Felker, McDonald, Drieth, Grannis and Tinetti are dismissed without prejudice.

DATED: March 3, 2011

      /s/ John A. Mendez
      UNITED STATES DISTRICT JUDGE