IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**LEE EDWARD HARRIS,**

Plaintiff,

v.

**HIGH DESERT STATE PRISON, et al.,**

Defendants.

Case No. 2:10-cv-1031 JAM EFB P

**ORDER**

    Defendant's request to conduct the deposition of Plaintiff, Lee Edward Harris, via videoconference is granted. Nothing in this Order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain video-conferencing equipment if it is not already available.

Dated: May 24, 2012

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE